IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ANDER NAVARRO-CHAPA,<br><br>      Defendant. | Case No. 3:20-CR-00345-JO-2<br><br><br>ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE |

JONES, United States District Court Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by four years of supervised release. All other terms and conditions of supervised release shall remain in full force and effect.

  Execution of this order will be delayed for seven days following entry of the amended judgment and commitment order to allow for the Bureau of Prisons to notify ICE.

  The Court concludes that the defendant's release pursuant to this order is consistent with any currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

Page 1   ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

IT IS FURTHER ORDERED that Defendant shall be released no sooner than seven days after entry of the amended judgment and commitment order.

Dated this 15th day of November, 2021.

/s/ Robert E. Jones
Hon. Robert E. Jones
United States District Judge

Submitted by:

s/ Kimberly-Claire E. Seymour
Kimberly-Claire E. Seymour
Assistant Federal Public Defender

Jessica Greenlick Snyder
Research & Writing Attorney

s/ Amy Potter
Amy Potter
Assistant U.S. Attorney